766 A.2d 80

**Mary AXT**

v.

**UNIVERSITY UNITED METHODIST CHURCH.**

**No. 63, Sept. Term, 2000.**

Court of Appeals of Maryland.

Jan. 8, 2001.

Laurence S. Kaye (Laurence S. Kaye & Associates, P.C., on brief), Rockville, for Petitioner.

Kevin C. McCormick (Melissa L. Menkel of Whiteford, Taylor & Preston, L.L.P., on brief), Baltimore, for Respondent.

Argued before BELL, C.J., and ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL, and RODOWSKY, LAWRENCE F. (Retired, specially assigned), JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 8th day of January, 2001

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.